COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-01042-CR

Style:      Gboweh Dickson George

     **v** The State of Texas

Date motion filed[*]:      June 10, 2013

Type of motion:      Motion to view sealed transcripts

Party filing motion:      Appellant

Document to be filed:      N/A

Is appeal accelerated? No

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due:

         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

**Appellant requests an order granting counsel either a copy of a sealed volume of the reporter's record or permission to view the sealed transcript at the clerk's office. We grant the motion insofar as it requests permission to view the sealed volume of the reporter's record at the clerk's office and order the Clerk of this Court to permit counsel to view volume 9 of the reporter's record in the Clerk's office.**

Judge's signature: /s/ Terry Jennings _____

         ☐ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: June 24, 2013 _____